UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK TRAMMELL,

Plaintiff,

-against-

BESTBUY (CITIBANK),

Defendant.

26-CV-5163 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated June 29, 2026, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees.[1] Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

[1] The Court received an IFP application from Stephanie Trammell. (ECF No. 5.) Though Stephanie Trammell purports to be a plaintiff or petitioner in this action, this name appears nowhere on the complaint. (ECF No. 1.) The Court therefore denies the IFP application because it is from a nonparty.

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated: August 3, 2026
New York, New York

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge